564

No. 238. HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* COMBS ET AL., TRUSTEES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Dana Latham* and *Melvin D. Wilson* for respondents.

No. 83. BINGHAM ET AL. *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. George S. Fuller* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David E. Hudson, James W. Morris,* and *Arnold Raum* for the United States.

No. 213. INDUSTRIAL TRUST Co., ET AL., EXECUTORS, *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims granted. *Mr. Charles P. Taft* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 262. BECKER, COLLECTOR OF INTERNAL REVENUE, *v.* ST. LOUIS UNION TRUST Co. ET AL., EXECUTORS. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Thomas S. McPheeters* for respondents.

No. 110. UNITED STATES *v.* FIRST NATIONAL BANK OF BOSTON ET AL., TRUSTEES. October 14, 1935. Petition